UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tina F. Chevalier,

    Plaintiff,

v.                                                          Case No. 2:15–cv–2393

Carolyn W. Colvin,                        Judge Michael H. Watson
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER

On April 13, 2015, Magistrate Judge Jolson, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, filed a Report and Recommendation ("R&R"), ECF No. 19, concerning the disposition of Tina F. Chevalier's ("Plaintiff") Complaint, ECF No. 3, in this social security case. The R&R recommended reversing the decision of the Social Security Administration and remanding the case to the Commissioner and the Administrative Law Judge ("ALJ") because the ALJ failed to properly comply with the procedural requirements provided for consultative examinations and x-rays. R&R 9–12, ECF No. 19.

Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 16–17. Judge Jolson specifically advised the parties that the failure to object

to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* at 17. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 19, **REVERSES** the decision of the Commissioner of Social Security, and **REMANDS** this matter to the Commissioner and the ALJ pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further consideration of Plaintiff's medical record.

The Clerk shall terminate the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**